UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK D. SCHRADER,<br><br>        Plaintiff,<br><br>   v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>        Defendants. | CASE NO. C04-1873JLR<br><br>ORDER |

The court has reviewed Plaintiff's Motion for Reconsideration (Dkt. # 14). Pursuant to Local Rules W.D. Wash. 7(e), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. Because Plaintiff has not made either showing with regard to the court's ruling on this issue (Dkt. # 13), the Motion for Reconsideration (Dkt. # 14) is DENIED.

Dated this 14th day of April, 2005.

JAMES L. ROBART
United States District Judge

ORDER